FILED
08 AUG 13 PM 12:00

[U.S. DISTRICT COURT]
[NORTHERN DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN M. PALMER<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>SANTA ROSA MEMORIAL HOSPITAL<br><br>　　　　Defendant(s). | No. C CV 08 3385 EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 12, 2008

Gregory C. Cheng
_____
Signature

Counsel for <u>Defendant Santa Rosa Memorial</u>
(Plaintiff, Defendant, or indicate "pro se")  Hospital

ORIGINAL

NDC-06

||  |
|---|---|
| 1 | **CERTIFICATE OF SERVICE BY UNITED STATES MAIL** |
| 2 | STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO |
| 3 | I am employed in the County of San Francisco, State of California; I am over the age of 18 |
| 4 | years and not a party to this action. My business address is Steuart Tower, Suite 1300, One Market |
| 5 | Plaza, San Francisco, California 94105. |
| 6 | On August 13, 2008, I served the following document(s) described as: **DECLINATION** |
| 7 | **TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR** |
| 8 | **REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**, on the persons below as |
| 9 | follows: |
| 10 | Susan Sher |
| 11 | Law Offices Of Susan Sher<br>116 S. State St. |
| 12 | Ukiah, CA  95482 |
| 13 | 707-463-1196 Telephone<br>707-462-6258 Facsimile |
| 14 | I enclosed the documents in a sealed envelope or package addressed to the persons at the |
| 15 | addresses as indicated above and: |
| 16 | ☒ placed the envelope or package for collection and mailing, following our ordinary |
| 17 | business practices.  I am readily familiar with this business's practice for collecting and processing |
| 18 | correspondence for mailing.  On the same day that correspondence is placed for collection and |
| 19 | mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a |
| 20 | sealed envelope or package with postage fully prepaid. |
| 21 | I am employed in the county where the mailing occurred.  The envelope or package was |
| 22 | placed in the mail at San Francisco, California. |
| 23 | ☒ (State) I declare under penalty of perjury under the laws of the State of California that |
| 24 | the above is true and correct. |
| 25 | Executed on August 13, 2008, at San Francisco, California. |
| 26 | *Jovi Faamaligi* |
| 27 | Type Name                                              Signature |
| 28 | * (SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG) |