THOMAS M. MCINERNEY, State Bar No. 162055
tmm@ogletreedeakins.com
GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Telephone:    (415) 442-4810
Facsimile:    (415) 442-4870

Attorneys for Defendant
SANTA ROSA MEMORIAL HOSPITAL

FILED

09 AUG 13  PM 12: 00

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN M. PALMER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SANTA ROSA MEMORIAL HOSPITAL,<br><br>　　　　　Defendant. | Case No. CV 08 3385 EDL<br><br>**DEFENDANT SANTA ROSA MEMORIAL HOSPITAL'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

///
///
///
///
///
///
///
///
///
///
///
///
///

CASE NO. CV 08 3385 EDL

1 **TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN**

2 **DISTRICT OF CALIFORNIA:**

3    Pursuant to United States District Court for the Northern District of California Local Rule

4 3-16, Defendant Santa Rosa Memorial Hospital ("Defendant") provides the following Certification

5 of Interested Entities or Persons.  The undersigned counsel of record for Defendant certifies that

6 the following parties have a direct, pecuniary interest in the outcome of this case.  These

7 representations are made to enable the Court to evaluate possible disqualification or recusal:

8    1.    Defendant, Santa Rosa Memorial Hospital;

9    2.    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.;

10    3.    Plaintiff, Ellen Palmer; and

11    4.    Law Offices of Susan Sher.

12

13 DATED:  August 12, 2008                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

14

15

16                                         By: _____
                                                     Gregory C. Cheng
17                                         Attorneys for Defendant
                                           SANTA ROSA MEMORIAL HOSPITAL

18

19

20

21

22

23

24

25

26

27

28

CASE NO. CV 08 3385 EDL

DEFENDANT SANTA ROSA MEMORIAL HOSPITAL'S
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

6551898_1.DOC

1 | **CERTIFICATE OF SERVICE BY UNITED STATES MAIL**

2 | STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

3 | I am employed in the County of San Francisco, State of California; I am over the age of 18

4 | years and not a party to this action. My business address is Steuart Tower, Suite 1300, One Market

5 | Plaza, San Francisco, California 94105.

6 | On August 13, 2008, I served the following document(s) described as: **DEFENDANT**

7 | **SANTA ROSA MEMORIAL HOSPITAL'S CERTIFICATION OF INTERESTED**

8 | **ENTITIES OR PERSONS**, on the persons below as follows:

9 | Susan Sher
10 | Law Offices Of Susan Sher
116 S. State St.
11 | Ukiah, CA 95482
707-463-1196 Telephone
12 | 707-462-6258 Facsimile

13 | I enclosed the documents in a sealed envelope or package addressed to the persons at the

14 | addresses as indicated above and:

15 | ☒ placed the envelope or package for collection and mailing, following our ordinary

16 | business practices. I am readily familiar with this business's practice for collecting and processing

17 | correspondence for mailing. On the same day that correspondence is placed for collection and

18 | mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a

19 | sealed envelope or package with postage fully prepaid.

20 | I am employed in the county where the mailing occurred. The envelope or package was

21 | placed in the mail at San Francisco, California.

22 | ☒ (State) I declare under penalty of perjury under the laws of the State of California

23 | that the above is true and correct.

24 | Executed on August 13, 2008, at San Francisco, California.

25 | _Jovi Faamaligi_
26 | Type Name                                   Signature

27 | * **(SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)**

28 |