1  THOMAS M. MCINERNEY, State Bar No. 162055
   tmm@ogletreedeakins.com
2  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, California 94105
5  Telephone:   (415) 442-4810
   Facsimile:   (415) 442-4870
6
   Attorneys for Defendant
7  SANTA ROSA MEMORIAL HOSPITAL

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 ELLEN M. PALMER,                        Case No. CV 08 3385 EDL

11             Plaintiff,                  **DEFENDANT SANTA ROSA MEMORIAL HOSPITAL'S NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 3-12**
12       v.

13 SANTA ROSA MEMORIAL HOSPITAL,

14             Defendant.

15

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

CASE NO. CV 08 3385 EDL

DEFENDANT SANTA ROSA MEMORIAL HOSPITAL'S
NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 3-12

6551865_1.DOC

1 | TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN
2 | DISTRICT OF CALIFORNIA:

3 Pursuant to Local Rule 3-12 of this Court, the undersigned, counsel of record for Defendant Santa Rosa Memorial Hospital ("Defendant"), certifies that Defendant is aware of no cases that arise from the same events as the instant action, involve the same issues of fact and law, or are likely to require substantial duplication of labor if heard by different judges.

DATED: August 13, 2008

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
Gregory C. Cheng
Attorneys for Defendant
SANTA ROSA MEMORIAL HOSPITAL

1

CASE NO. CV 08 3385 EDL
DEFENDANT SANTA ROSA MEMORIAL HOSPITAL'S
NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 3-12

6551865_1.DOC

# CERTIFICATE OF SERVICE BY UNITED STATES MAIL

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California; I am over the age of 18 years and not a party to this action. My business address is Steuart Tower, Suite 1300, One Market Plaza, San Francisco, California 94105.

On August 13, 2008, I served the following document(s) described as: **DEFENDANT SANTA ROSA MEMORIAL HOSPITAL'S NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 3-12**, on the persons below as follows:

Susan Sher
Law Offices Of Susan Sher
116 S. State St.
Ukiah, CA  95482
707-463-1196 Telephone
707-462-6258 Facsimile

I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☒ placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

☒ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 13, 2008, at San Francisco, California.

_Jovi Faamaligi_                        _[Signature]_
Type Name                                (Signature)

* (SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)