AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

E-filing EDL

ELLEN M. PALMER,

)
)
)
)
)
)
)
)
)
)
)
)

Plaintiff

v.

SANTA ROSA MEMORIAL HOSPITAL,

Defendant

Civil Action No.

CV 08 3385

## Summons in a Civil Action

To: SANTA ROSA MEMORIAL HOSPITAL

(Defendant's name)

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Susan Sher
Law Offices of Susan Sher
116 S. State Street
Ukiah, CA 95482

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUL 1 4 2008

Deputy clerk's signature

**ANNA SPRINKLES**

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  7/23/08 ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is  ESTELA ROBLEDO ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $  10.00  for travel and $  55.00  for services, for a total of $  65.00 .

Date:  7/23/2008 

Florence McC—
Server's signature

FLORENCE McCann
Printed name and title

2219 Cummings Dr. Santa Rosa, CA 95404
Server's address