1 SUSAN SHER (SBN WA 14210)
Law Offices of Susan Sher
2 116 S. State Street
Ukiah, California 95482
3 Telephone: (707) 463-1196
Facsimile: (707) 462-6258
4
Attorney for Plaintiff,
5 ELLEN M. PALMER

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLEN M. PALMER, | Case No. C 08-03385 JSW |
| Plaintiff, | PROOF OF SERVICE RE ORDER SETTING CASE MANAGEMENT |
| -v- | CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT |
| SANTA ROSA MEMORIAL HOSPITAL, | CONFERENCE STATEMENT |
| Defendant. | |

# PROOF OF SERVICE

I am employed in the County of Mendocino, State of California. I am over the age of 18 and not a party to the within action; my business address is 116 S. State Street, Ukiah, California 95482.

On August 25, 2008, I served the foregoing document described as Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Thomas M. McInerney, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105

[X] BY MAIL
[X] I deposited such envelope(s) with postage thereon fully prepaid, in the mail at Ukiah, California.

[X] I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Ukiah, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] I delivered such envelope(s), by hand to the offices of the addressee(s).

[ ] I caused such copies to be facsimiled to the persons set forth.

Executed on August 25, 2008, at Ukiah, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Susan Sher