UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ellen M. Palmer

CASE NO.. C 08-03385 JSW

Plaintiff(s),

v.                                          STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Santa Rosa Memorial Hospital

Defendant(s).
_____ /

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓       the presumptive deadline *(The deadline is 90 days from the date of the order
referring the case to an ADR process unless otherwise ordered. )*

other requested deadline _____

Dated: 9/29/08                                  Susan Sher
_____
Attorney for Plaintiff

Dated: 9/29/08                                  Thomas M. McInerney
_____
Attorney for Defendant

**E-Filing Concurrence:**   I, Susan Sher, attorney for plaintiff, Ellen M. Palmer, attest that

I have obtained the concurrence of Thomas M. McInerney, attorney for defendant, Santa Rosa

Memorial Hospital, for the filing of this Stipulation and [Proposed] Order Selecting ADR

Process

Dated:  September 29, 2008                    By:   /s/ Susan Sher
                                                      SUSAN SHER
                                                      Attorney for Plaintiff, Ellen M. Palmer

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
    Private ADR

Deadline for ADR session
    90 days from the date of this order.
    other

IT IS SO ORDERED.

Dated: September 30, 2008

_Jeffrey S White_

_____

UNITED STATES MAGISTRATE JUDGE
                    DISTRICT