SUSAN SHER (SBN WA 14210)
Law Offices of Susan Sher
116 S. State Street
Ukiah, California 95482
Telephone: (707) 463-1196
Facsimile: (707) 462-6258

Attorneys for Plaintiff,
ELLEN M. PALMER

THOMAS M. MCINERNEY (SBN 162055)
GREGORY C. CHENG (SBN 226865)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: (415) 442-4810
Facsimile: (415) 442-4870

Attorneys for Defendant,
SANTA ROSA MEMORIAL HOSPITAL

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN M. PALMER,<br><br>                Plaintiff,<br><br>-v-<br><br>SANTA ROSA MEMORIAL HOSPITAL,<br><br>                Defendant. | Case No. C 08-03385 JSW<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>**Further Case Management Conference:**<br>**Date: January 16, 2009**<br>**Time: 1:30 p.m.**<br>**Courtroom: Honorable Jeffrey S. White**<br>          **Courtroom 2, 17th Floor**<br>          **[Request for Telephonic**<br>          **Conference Pending]** |

      The parties to the above-captioned action jointly submit this Supplemental Case Management Statement and Proposed Order. Since the initial case management conference of October 31, 2008, the parties have engaged in court sponsored ADR mediation and are continuing with discovery as further set forth below.

**MEDIATION**

The parties participated in a mediation session with attorney Sanford Jay Rosen. The case was not resolved at mediation and no further settlement discussions have taken place following the mediation session.

**STATUS OF DISCOVERY**

In anticipation of mediation, the parties completed depositions of the plaintiff and two defendant party witnesses. Written discovery has been propounded by both plaintiff and defendant. Additional discovery, including further party and non-party witnesses should be completed over the next few months.

**SCHEDULING**

It would appear that the timeline for pretrial and trial matters set forth in the parties' initial Joint Case Management Statement (Section 17) are appropriate and the parties request theCourt to adopt those scheduling dates as part of its Case Management Order.

Dated: January 6, 2009         LAW OFFICES OF SUSAN SHER

                               By:   /s/ Susan Sher
                                     Susan Sher
                                     Attorney for Plaintiff,
                                     ELLEN M. PALMER

Dated: January 6, 2009         OGLETREE, DEAKINS, NASH, SMOAK &
                               STEWART, P.C.

                               By:   /s/ Thomas M. McInerney
                                     Thomas M. McInerney
                                     Attorneys for Defendant,
                                     SANTA ROSA MEMORIAL HOSPITAL

//
//
//
//

**E-Filing Concurrence:** I, Susan Sher, attorney for plaintiff, Ellen M. Palmer, attest that I have obtained the concurrence of Thomas M. McInerney, attorney for defendant, Santa Rosa Memorial Hospital, for the filing of this Joint Case Management Statement and [Proposed] Order.

Dated: January 6, 2009            By:    /s/ Susan Sher
                                                        SUSAN SHER
                                                        Attorney for Plaintiff,
                                                        ELLEN M. PALMER

CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case *in part* and the parties are ordered to comply with this Order. In addition, the Court orders:

The pretrial conference shall be held on January 4, 2010 at 2:00 p.m.
The trial shall commence on January 25, 2010 at 8:00 a.m.
The further case management conference set for January 16, 2009 is HEREBY VACATED.

Dated: January 7, 2009                               /s/ Jeffrey S. White
                                                              Honorable Jeffrey S. White,
                                                              UNITED STATES DISTRICT JUDGE