1 SUSAN SHER (SBN WA 14210)
Law Offices of Susan Sher
2 116 S. State Street
Ukiah, California 95482
3 Telephone: (707) 463-1196
Facsimile: (707) 462-6258
4
Attorneys for Plaintiff,
5 ELLEN M. PALMER

6

7

8 UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 ELLEN M. PALMER,  ) Case No. C 08-3385 JSW
  )
12     Plaintiff,  )
  ) **STIPULATION AND [PROPOSED]**
13   -v-  ) **ORDER FOR FILING FIRST**
  ) **AMENDED COMPLAINT**
14 SANTA ROSA MEMORIAL  )
HOSPITAL,  )
15   )
    Defendant.  )
16   )
  )
17

18     IT IS HEREBY STIPULATED by and between the parties hereto through their

19 respective attorneys of record that plaintiff may file a First Amended Complaint, a copy of

20 which is attached hereto.

21 **E-filing concurrence**: I, Susan Sher, attorney for plaintiff, Ellen M. Palmer, attest that I have

22 obtained the concurrence of Gregory C. Cheng, attorney for defendant, for the filing of this

23 Stipulation and Proposed Order for Filing First Amended Complaint.

24

25 Dated: April 29, 2009         LAW OFFICES OF SUSAN SHER

26

27                 By ___/s/ Susan Sher_____
                Susan Sher, Attorneys for Plaintiff,
28                ELLEN M. PALMER

-1-

Dated: April 29, 2009          OGLETREE, DEAKINS, NASH, SMOAK
                                                                        & STEWART, P.C.


By   /s/ Gregory C. Cheng
      Gregory C. Cheng, Attorneys for Defendant
      SANTA ROSA MEMORIAL HOSPITAL


    IT IS HEREBY ORDERED based on the stipulation of the parties that plaintiff, ELLEN M. PALMER may file the attached proposed First Amended Complaint.

    IT IS SO ORDERED.


Dated:    April 30, 2009

                                                                        U.S. DISTRICT JUDGE