THOMAS M. MCINERNEY, State Bar No. 162055
tmm@ogletreedeakins.com
GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Telephone:    (415) 442-4810
Facsimile:    (415) 442-4870

Attorneys for Defendant
SANTA ROSA MEMORIAL HOSPITAL


SUSAN SHER (SBN WA 14210)
Law Offices of Susan Sher
116 S. State Street
Ukiah, CA 95482
Telephone:    (707) 463-1196
Facsimile:    (707) 462-6258

Attorneys for Plaintiff,
ELLEN M. PALMER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN M. PALMER,<br><br>        Plaintiff,<br><br>    v.<br><br>SANTA ROSA MEMORIAL HOSPITAL,<br><br>        Defendant. | Case No. CV 08 3385 JSW<br><br>**GOVERNING MOTION TO STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER TO EXTEND DEADLINE FOR DESIGNATION OF EXPERTS, EXPERT AND NON-EXPERT DISCOVERY** |

///

///

///

///

///

///

///

CASE NO. CV 08 3385 JSW
STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER TO EXTEND
DEADLINE FOR DESIGNATION OF EXPERTS, EXPERT AND NON-EXPERT DISCOVERY

7643099_1

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff Ellen Palmer ("plaintiff") and her attorneys of record, Susan Sher, attorney at law and defendant Santa Rosa Memorial Hospital ("defendant"), by its attorneys of record Ogletree, Deakins, Nash, Smoak & Stewart, P.C., by Gregory C. Cheng, attorney at law, that the following Stipulation may be entered as an Order by the Court to give effect to the stipulations set forth below:

1. **WHEREAS**, the parties mediated the case on December 15, 2008, but failed to reach a resolution;

2. **WHEREAS**, the parties have agreed to make another good faith attempt at mediation, which has been very recently scheduled for September 10, 2009, before mediator Barry Winograd of Oakland, California;

3. **WHEREAS**, the current deadline for the close of non-expert discovery is August 14, 2009;

4. **WHEREAS**, the current deadline to designate experts and exchange reports is August 28, 2009, and the current deadline to complete expert discovery is September 11, 2009;

5. **WHEREAS,** the parties believe that continuing the non-expert discovery and expert deadlines will give them a more realistic opportunity to resolve this case at mediation if, prior to mediation, they do not have to expend further fees and costs in answering lengthy pending interrogatories, retaining experts, preparing expert reports, conducting expert discovery (including taking, defending, and preparing expert witnesses for depositions);

6. **WHEREAS**, should mediation on September 10, 2009 be unsuccessful, the parties will have at least thirty days to complete all non-expert discovery, expert discovery and expert designations;

7. **WHEREAS**, this is the parties' first request to modify any part of the Pretrial Scheduling Order;

8. **WHEREAS,** this Stipulation was originally brought as a Motion (on August 7, 2009) pursuant to the Court's Standing Order, and therefore was brought before the expiration of the deadlines which the parties seek to extend. However, the parties were subsequently notified by

1         CASE NO. CV 08 3385 JSW
STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER TO EXTEND DEADLINE FOR DESIGNATION OF EXPERTS, EXPERT AND NON-EXPERT DISCOVERY

7643099_1

the Court to submit a Stipulation and Order;

9. **WHEREAS**, neither party will be prejudiced by a short extension of no less than thirty days, for deadlines to complete non-expert discovery, to designate experts and to complete expert discovery; and

10. **WHEREAS**, very good cause exists for the Court to modify the Pretrial Scheduling Order to continue the aforementioned deadlines for no less than thirty days.

**NOW, THEREFORE**, the Parties, through their respective counsel of record **AGREE AND HEREBY STIPULATE** that the Pretrial Scheduling Order of January 7, 2009 be modified to extend the deadline for non-expert discovery from August 14, 2009 to October 12, 2009; to continue the deadline to designate experts from August 28, 2009 to September 28, 2009; and to extend the expert discovery deadline from September 11, 2009 to October 12, 2009. All other dates shall remain the same.

DATED: August 24, 2009            Law Offices of Susan Sher


                                  By: _____/s/ Susan Sher_____
                                          Susan Sher
                                  Attorneys for Plaintiff
                                  ELLEN PALMER


DATED: August 24, 2009            OGLETREE, DEAKINS, NASH, SMOAK &
                                  STEWART, P.C.


                                  By: _____/s/ Gregory C. Cheng_____
                                          Gregory C. Cheng
                                  Attorneys for Defendant
                                  SANTA ROSA MEMORIAL HOSPITAL

---

2                                           CASE NO. CV 08 3385 JSW
STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER TO EXTEND
DEADLINE FOR DESIGNATION OF EXPERTS, EXPERT AND NON-EXPERT DISCOVERY

# ORDER

1. **WHEREAS**, the parties mediated the case on December 15, 2008, but failed to reach a resolution;

2. **WHEREAS**, the parties have agreed to make another good faith attempt at mediation, which has been very recently scheduled for September 10, 2009, before mediator Barry Winograd of Oakland, California;

3. **WHEREAS**, the current deadline for the close of non-expert discovery is August 14, 2009;

4. **WHEREAS**, the current deadline to designate experts and exchange reports is August 28, 2009, and the current deadline to complete expert discovery is September 11, 2009;

5. **WHEREAS**, the parties believe that continuing the non-expert discovery and expert deadlines will give them a more realistic opportunity to resolve this case at mediation if, prior to mediation, they do not have to expend further fees and costs in answering lengthy pending interrogatories, retaining experts, preparing expert reports, conducting expert discovery (including taking, defending, and preparing expert witnesses for depositions);

6. **WHEREAS**, should mediation on September 10, 2009 be unsuccessful, the parties will have at least thirty days to complete all non-expert discovery, expert discovery and expert designations;

7. **WHEREAS**, this is the parties' first request to modify any part of the Pretrial Scheduling Order;

8. **WHEREAS**, this Stipulation was originally brought as a Motion (on August 7, 2009) pursuant to the Court's Standing Order, and therefore was brought before the expiration of the deadlines which the parties seek to extend. However, the parties were subsequently notified by the Court to submit a Stipulation and Order;

9. **WHEREAS**, neither party will be prejudiced by a short extension of no less than thirty days, for deadlines to complete non-expert discovery, to designate experts and to complete expert discovery; and

10. **WHEREAS**, very good cause exists for the Court to modify the Pretrial Scheduling

1  Order to continue the aforementioned deadlines for no less than thirty days.

2  **GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that the

3  Pretrial Scheduling Order of January 7, 2009 be modified to extend the deadline for non-expert

4  discovery from August 14, 2009 to October 12, 2009; to continue the deadline to designate experts

5  from August 28, 2009 to September 28, 2009; and to extend the expert discovery deadline from

6  September 11, 2009 to October 12, 2009. All other dates shall remain the same.

7  **IT IS SO ORDERED.**

8  DATED: August 25, 2009                         By: _/s/ Jeffrey S. White_____

9                                                         Hon. Jeffrey S. White
United States District Court Judge