1  SUSAN SHER (SBN WA 14210)
   Law Offices of Susan Sher
2  116 S. State Street
   Ukiah, California 95482
3  Telephone: (707) 463-1196
   Facsimile: (707) 462-6258
4
   STEPHEN M. MURPHY (SBN 103768)
5  Law Offices of Stephen M. Murphy
   180 Montgomery Street, Suite 940
6  San Francisco, CA 94104
   Telephone: (415) 986-1338
7  Facsimile: (415) 986-1231

8  Attorneys for Plaintiff, ELLEN M. PALMER

9
                   UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12

13  ELLEN M. PALMER              )   CASE NO.  NO.  C 08-3385 JSW
                                 )
14         Plaintiff,            )   [PROPOSED] ORDER RE ENTRY
                                 )   OF FINAL JUDGMENT FOR
15                               )   PLAINTIFF
                                 )
16     vs.                       )
                                 )
17                               )
    SANTA ROSA MEMORIAL HOSPITAL )
18                               )
           Defendant.            )
19                               )
                                 )
20  _____)

21      On September 10, 2009, the parties participated in a mediated settlement of the damage

22  claims of plaintiff Ellen M. Palmer in the amount of $43,000.  *See* Docket No. 45-1.  In

23  accordance with that settlement, IT IS HEREBY ORDERED that judgment is entered in favor of

24  plaintiff Palmer for that amount.  This is a final judgment.

25      IT IS SO ORDERED.

26
                                    - 1 -
27  [PROPOSED] ORDER RE ENTRY OF JUDGMENT FOR PLAINTIFF

1 | Dated: January 4, 2010

_____
Hon. Jeffrey S. White
United States District Court Judge

- 2 -
[PROPOSED] ORDER RE ENTRY OF JUDGMENT FOR PLAINTIFF