IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN M. PALMER, | |
| Plaintiff, | No. C 08-03385 JSW |
| v. | |
| SANTA ROSA MEMORIAL HOSPITAL, | **ORDER REFERRING MOTION FOR ATTORNEYS' FEES TO MAGISTRATE JUDGE** |
| Defendant. | |

Pursuant to Local Rule 72-1, Plaintiff's motion for an award of attorneys' fees is HEREBY REFERRED to a randomly assigned magistrate judge to prepare a report and recommendation. The hearing date of February 19, 2010 is therefore VACATED. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: January 19, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom