UNITED STATES DISTRICT COURT

Northern District of California

ELLEN M. PALMER,

        Plaintiff(s),

   v.

SANTA ROSA MEMORIAL HOSPITAL,

        Defendant(s).
_____/

No. C 08-03385 JSW (MEJ)

**NOTICE OF REFERENCE**

    The above-captioned case was referred to Magistrate Judge Maria-Elena James to prepare a report and recommendation on Plaintiff's pending Motion for Attorneys' Fees. (Dkt. #48.) Accordingly, the Court shall conduct a hearing on March 25, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Civil Local Rule 7, Defendants shall file any opposition to Plaintiff's motion by February 18, 2010, and Plaintiff shall file any reply by March 4, 2010. <u>Plaintiff shall also submit a chambers copy of her original motion and supporting documents, with appropriate exhibit dividers/markers.</u>

    When filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

    Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

    **IT IS SO ORDERED.**

Dated: February 3, 2010

                                                      Maria-Elena James
                                                  Chief United States Magistrate Judge