# UNITED STATES DISTRICT COURT

# Northern District of California

ELLEN PALMER,

        Plaintiff,

  v.

SANTA ROSA MEMORIAL HOSPITAL

        Defendant.
_____/

No. C 08-3385 JSW (MEJ)

**ORDER RE: LETTERS SUBMITTED BY COUNCIL**

    The Court is in receipt of two letters, one sent to the Court by Defendant, and a response by Plaintiff. Accordingly, the Court will disregard the March 25, 2010 letter. This matter has been submitted. No further briefing is required.

    **IT IS SO ORDERED.**

Dated: April 1, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge