SUSAN SHER (SBN WA 14210)
Law Offices of Susan Sher
116 S. State Street
Ukiah, California 95482
Telephone: (707) 463-1196
Facsimile: (707) 462-6258

STEPHEN M. MURPHY
Law Offices of Stephen M. Murphy
180 Montgomery Street, Suite 940
San Francisco, California 94104
Telephone: (415) 986-1338
Facsimile: (415) 986-1231

Attorneys for Plaintiff, ELLEN M. PALMER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN M. PALMER, <br><br> Plaintiff, <br><br> vs. <br><br> SANTA ROSA MEMORIAL HOSPITAL, <br><br> Defendant. | Case No. C 08-3385 JSW (MEJ) <br><br> ~~[PROPOSED]~~ ORDER FOLLOWING SETTLEMENT OF PLAINTIFF'S MOTION FOR AN AWARD OF REASONABLE ATTORNEYS' FEES <br><br> Date of Settlement Conf: March 25, 2010 <br> Time: 10:00 a.m. <br> Courtroom: The Honorable Maria-Elena James <br> Courtroom B, 15th Floor |

This matter had been set for hearing for March 25, 2010. As per the Civil Minute Order signed by this Court on March 25, 2010 (Dkt. #61), the matter was settled as to the attorneys' fees issue while the Court decided the issue of "fees-on-fees." (Dkt. No. 65.) The attorneys' fees matter was settled as follows:

Defendant SANTA ROSA MEMORIAL HOSPITAL shall pay the amount of $76,576.00 to plaintiff ELLEN M. PALMER in satisfaction of the motion for an award of reasonable attorneys' fees brought by plaintiff. (Dkt. 49.) Further, defendant shall pay within 14 days of the date of this ~~settlement conference~~ Order, $1,600, the amount incurred by plaintiff for mediator's fees

1  as agreed by the parties in the September 10, 2009 Settlement Agreement.  (Dkt. No. 64.)

2       Accordingly, IT IS HEREBY ORDERED that defendant shall pay plaintiff the amount of

3  $76,576.00 as settlement of her claims for attorneys' fees and an additional amount of $1,600.00

4  in satisfaction of defendant's September 10, 2009 agreement to pay mediation fees.

5       IT IS SO ORDERED.

7  Dated:  April 13, 2010

                                  Maria-Elena James
                                  Chief United States Magistrate