IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELLEN M. PALMER,

    Plaintiff,

v.

SANTA ROSA MEMORIAL HOSPITAL,

    Defendant.

No. C 08-03385 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

    The Court has reviewed Magistrate Judge Maria-Elena James' Report and Recommendation ("Report") regarding Plaintiff Ellen Palmer's motion for attorneys' fees. There have been no objections filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the Court DENIES Plaintiff's motion for "fees on fees." This Order resolves the remainder of outstanding issues in case. The parties must submit a stipulation and proposed order of dismissal by no later than May 7, 2010.

    **IT IS SO ORDERED.**

Dated: April 29, 2010

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE