THOMAS M. MCINERNEY, State Bar No. 162055
tmm@ogletreedeakins.com
GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Telephone:    (415) 442-4810
Facsimile:    (415) 442-4870

Attorneys for Defendant
SANTA ROSA MEMORIAL HOSPITAL


SUSAN SHER (SBN WA 14210)
Law Offices of Susan Sher
116 S. State Street
Ukiah, CA 95482
Telephone:    (707) 463-1196
Facsimile:    (707) 462-6258

STEPHEN M. MURPHY (SBN 103768)
Law Offices of Stephen M. Murphy
180 Montgomery Street, Suite 940
San Francisco, CA 94104
Telephone:    (415) 986-1338
Facsimile:    (415) 986-1231

Attorneys for Plaintiff,
ELLEN M. PALMER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLEN M. PALMER,<br><br>                    Plaintiff,<br><br>        v.<br><br>SANTA ROSA MEMORIAL HOSPITAL,<br><br>                    Defendant. | Case No. CV 08 3385 JSW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a) AND ORDER THEREON** |

///

///

///

**IT IS HEREBY STIPULATED** by and between the Parties to this action through their designated counsel that the above-referenced action be and hereby is dismissed, with prejudice, pursuant to FRCP Section 41(a)(1).

DATED: April 29, 2010    Law Offices of Susan Sher

By: _____/s/_____
         Susan Sher
Attorneys for Plaintiff
ELLEN PALMER

DATED: April 29, 2010    Law Offices of Stephen M. Murphy

By: _____/s/_____
         Stephen M. Murphy
Attorneys for Plaintiff
ELLEN PALMER

DATED: April 29, 2010    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____/s/_____
         Gregory C. Cheng
Attorneys for Defendant
SANTA ROSA MEMORIAL HOSPITAL

**ORDER**

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that the above-referenced action be and hereby is dismissed, with prejudice, pursuant to FRCP Section 41(a)(1).

**IT IS SO ORDERED.**

DATED: April 30, 2010       By: _____
Hon. Jeffrey S. White
United States District Court Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Gregory C. Cheng, hereby declare as follows:

I am one of the attorneys of record for defendant Santa Rosa Memorial Hospital in this action and am duly licensed to practice law in the State California and in the United States District Court for the Northern District of California.

I hereby attest that concurrence from plaintiff's attorneys, Susan Sher and Stephen M. Murphy, has been obtained in the filing of this STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and, if called as a witness, I could testify competently thereto.

Executed at San Francisco, California, this 29th day of April, 2010.

By: _____/s/_____
Gregory C. Cheng